USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY DUNCAN,

Plaintiff,

-against-

URBAN PATHWAYS, INC.; GARY P. JINKS, MBA, Chief Executive Officer and ROMI AVINS, Program Director, Urban Pathways, Inc. ANN SULLIVAN, MD, Commissioner of New York Office of Mental Health Official Capacity; MARIA LISI-MURRAY, Acting Executive Director New York State Justice Center for the Protection of People with Special Needs – Official Capacity;

Defendants.

26-cv-1174 (MKV)

ORDER DENYING PREMATURE REQUESTS FOR PRO BONO COUNSEL AND DISCOVERY AND SCHEDULING BRIEFING

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff, proceeding *pro se*, initiated this action by filing a complaint, which he thereafter amended [ECF Nos. 2, 4 (the "Amended Complaint")]. Since filing the Amended Complaint, Plaintiff has twice filed a motion requesting that the Court appoint *pro bono* counsel to represent him [ECF Nos. 5, 7]. Because the Court cannot yet evaluate whether his claims are "likely to be of substance," *Hodge v. Police Officers*, 802 F.2d 58, 61–62 (2d Cir. 1986), that request is DENIED without prejudice as premature.

Plaintiff has also purported to file certain discovery-related motions [ECF Nos. 8, 20]. Defendants Ann Marie Sullivan, M.D., Commissioner of the New York State Office of Mental Health, and Maria Lisi-Murray, Acting Executive Director of the New York State Justice Center for the Protection of People with Special Needs (collectively, the "State Defendants") have opposed the latter motion, which concerns them [ECF No. 21]. Both discovery-related motions are likewise DENIED without prejudice as premature.

The Court is also in receipt of pre-motion letters from the State Defendants and Defendants Urban Pathways, Inc., Gary P. Jenkins, and Romi Avins (the "Urban Pathways Defendants," and, together with the State Defendants, the "Defendants"), regarding their contemplated motions to dismiss this case [ECF Nos. 12, 17]. Because Plaintiff is *pro se*, pursuant to the Court's Individual Rules of Practice in Civil Cases, he is not required to respond to the pre-motion letters. Nevertheless, he has done so [ECF Nos. 16, 19]. The Court concludes that a pre-motion conference is not necessary in this case. Defendants' requests to file motions to dismiss are GRANTED. The Court also *sua sponte* grants Plaintiff leave to further amend the Amended Complaint before any such motion is filed.

Accordingly, IT IS HEREBY ORDERED that, **if Plaintiff wishes to further amend, he must file a second amended complaint by November 6, 2026**. **Plaintiff is on notice that this will be his last opportunity to amend the complaint to cure any deficiency identified in the pre-motion letters, and failure to file a second amended complaint by the deadline will be considered a waiver of the opportunity to do so.**

IT IS FURTHER ORDERED that, if Plaintiff files a second amended complaint, Defendants must respond by November 27, 2026. If Defendants respond with motions to dismiss, **Plaintiff must file an opposition by January 4, 2027.** The Court is setting a long deadline for Plaintiff's opposition because he is *pro se*. **Plaintiff is on notice that if he fails to oppose the motions to dismiss by the deadline, this case may be dismissed with prejudice for failure to prosecute.** Any replies by Defendants are due January 11, 2027.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint, Defendant shall file its contemplated motion to dismiss by November 27, 2026, with subsequent

briefing on the schedule laid out above. As noted, **Plaintiff's failure to file a timely opposition may result in dismissal for failure to prosecute**.

Any request for an extension must be filed on ECF at least 48 hours before the deadline.

The Clerk of Court respectfully is requested to terminate docket entries 5, 7, 8, 12, 14, 17, 20, 21.

**SO ORDERED.**

**Date: October 16, 2026**
**New York, NY**

*Mary Kay Vyskocil*

**MARY KAY VYSKOCIL**
**United States District Judge**